## MORTON S. MINSLEY
### Attorney at Law*

DOCKET & FILE

*Admitted in both New York and New Jersey

101 LAFAYETTE STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: (212) 346-0849
FAX: (212) 766-9798
E-MAIL: MSMMSPM@AOL.COM
HTTP: WWW.LAWYERS.COM\MSMLAW

December 21, 2005

VIA FASCIMILE (718) 797-7386 and ECF
HON. Magistrate Judge Kiyo A. Matsumoto
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Tran et al v. Vuong
Docket No. 03CV355 (ARR)

Dear Magistrate Judge Matsumoto:

Pursuant to the your Honor's direction, we have been searching for an appraiser in the Bridgeville, Delaware area capable of handling commercial property appraisals in a timely manner. We have retained the firm of W.R. McCain & Associates, Inc. to perform the appraisal of the Delaware farm property. However, Mr. McCain's office has informed us by fax that they can only guarantee delivery of the appraisal report by January 13, 2006.

In light of this delay, we would respectfully request that the settlement conference originally scheduled for January 6, 2006 be adjourned to the afternoon of January 20, 2006, or such other such date that is convenient for both counsel and the Court.

Thanking your Honor for your attention, I am,

Respectfully,
Morton S. Minsley

MSM: sw
Cc: Douglas Grover, Esq.
Joseph Koczko, Esq.
Thompson Hine, LLP
Attorney for Plaintiffs
Via Fax (212) 809-6890

[Handwritten note:] Conference is adjourned to 2/23/06 @ 3:30pm to accommodate appraisal. Settlement positions due by 12:00pm on 2/22/06. Parties shall appear with counsel. The Parties should not expect any further extensions. SO ORDERED. U.S.M.J. 12/21/06

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT.